In the Matter of the Appointment of Commissioners to Determine the Compensation of Owners of Real Property for Damages Caused by the Closing of GARDEN PLACE and VERNON PARKWAY, in the Borough of The Bronx. CITY OF NEW YORK et al.; SOUND REALTY COMPANY.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

In the Matter of the Appointment of Commissioners to Determine the Compensation of Owners of Real Property for Damages Caused by the Closing of GARDEN PLACE and VERNON PARKWAY, in the Borough of the Bronx. CITY OF NEW YORK et al.; SOUND REALTY COMPANY.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

INTERNATIONAL PATENT CO., LIMITED, v. ERIC W. EWESON.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY L. BAKER v. SAMUEL COHN et al. J. ARTHUR GREENFIELD et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THOMAS RIMPOTTI et al. v. HOUSEHOLD FINANCE CORPORATION.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LENA SCHWARTZ v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MARIE E. SMITH v. BERNARD TOBIAS.— — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

JOEL CLASTER v. CHARLES LAUBHEIM et al.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JACOB A. IZENSTATT et al. v. I. ALFRED LEVY et al.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.